UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SARAH SOLOMON, *on behalf of herself and all others similarly situated*,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>　　　　Defendant. | Civil Action No. 3:19-cv-0266-JAG |

## JOINT MOTION FOR ENTRY OF CONSENT ORDER

Plaintiff Sarah Solomon ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax") (collectively, the "Parties") jointly move for entry of the Proposed Consent Order, which is attached to this Motion as Exhibit 1.

The Parties entered into a settlement, the terms of which are embodied in two separate settlement agreements, to resolve Plaintiff's claims in this matter. Pursuant to the terms of the Parties' settlement, Equifax is obligated to undertake certain procedural changes. Also as a condition of settlement, Equifax has sought and Plaintiff's counsel has agreed to a limited practice restriction, which is subject to the approval of this Court. Both the procedural changes and the practice restrictions are memorialized in the Proposed Consent Order. The Parties now request, for the reasons set forth in Plaintiff's Memorandum filed concurrently with this Motion and the Proposed Consent Order, that the Court enter the accompanying Proposed Consent Order.

Date: May 22, 2020　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

/s/ Emily Connor Kennedy
Emily Connor Kennedy, VSB No. 83889
Mark C. Leffler, VSB No. 40712
Stephen F. Relyea, VSB No. 77236
Boleman Law Firm, P.C.
2104 W. Laburnum Ave, Ste. 201
Richmond, VA 23227
Telephone: 804-358-9900
Facsimile: 804-358-8704
Email: eckennedy@bolemanlaw.com
Email: mcleffler@bolemanlaw.com
Email: sfrelyea@bolemanlaw.com

*Counsel for Plaintiff*

Leonard A. Bennett, VSB No. 37523
Craig C. Marchiando, VSB No. 89736
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA  23601
Telephone: 757-930-3660
Facsimile:  757-930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

*Counsel for Plaintiff*

/s/ John W. Montgomery, Jr.
John W. Montgomery, Jr. VSB No. 37149
Traylor, Montgomery & Elliott, P.C.
130 E. Wythe Street
Petersburg, Virginia 23803
Telephone: 804-861-1122
Facsimile: 804-733-6022
Email: jmontgomery@tmande.com

*Counsel for Equifax Information Service, LLC*

Zachary A. McEntyre *(pro hac vice)*
John C. Toro *(pro hac vice)*
Meryl W. Roper *(pro hac vice)*
Robert Griest *(pro hac vice)*
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone: 404-572-4600
Facsimile: 404-572-5100
Email: zmcentyre@kslaw.com
Email: jtoro@kslaw.com
Email: mroper@kslaw.com
Email: rgriest@kslaw.com

*Counsel for Equifax Information Services, LLC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

John W. Montgomery, Jr. VSB No. 37149
Traylor, Montgomery & Elliott, P.C.
130 E. Wythe Street
Petersburg, Virginia 23803
Telephone: 804-861-1122
Facsimile: 804-733-6022
Email: jmontgomery@tmande.com

*Counsel for Equifax Information Service, LLC*


Zachary A. McEntyre *(pro hac vice)*
John C. Toro *(pro hac vice)*
Meryl W. Roper *(pro hac vice)*
Robert Griest *(pro hac vice)*
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone: 404-572-4600
Facsimile: 404-572-5100
Email: zmcentyre@kslaw.com
Email: jtoro@kslaw.com
Email: mroper@kslaw.com
Email: rgriest@kslaw.com

*Counsel for Equifax*
*Information Services, LLC.*


    /s/ Emily Connor Kennedy
    Emily Connor Kennedy, VSB No. 83889
    *Counsel for Plaintiff*