IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SARAH SOLOMON, on behalf of herself and all
others similarly situated,
    Plaintiff,

v.                                                               Civil Action No. 3:19-cv-266

EQUIFAX INFORMATION SERVICES, LLC,
    Defendant.

## FINAL ORDER

On July 2, 2020, the parties filed a stipulation of dismissal with prejudice as to the plaintiff's individual claims and without prejudice as to the putative class claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dk. No. 46.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 8 July 2020
Richmond, VA

John A. Gibney, Jr.
Digitally signed by John A. Gibney, Jr.
Date: 2020.07.07 21:21:12 -04'00'